# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2025-0721
LT Case No. 2023-CF-005449-A

———————————————

JAVONTE CHRISTIAN JENNINGS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

———————————————

On appeal from the Circuit Court for Duval County.
R. Anthony Salem, Judge.

Matthew J. Metz, Public Defender, and Joseph Chloupek,
Assistant Public Defender, Daytona Beach, for Appellant.

James Uthmeier, Attorney General, and Amanda Bosman,
Assistant Attorney General, Tallahassee, for Appellee.

November 20, 2025

PER CURIAM.

AFFIRMED.

MAKAR, LAMBERT, and EISNAUGLE, JJ., concur.

————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

————————————————